UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **JONATHAN JUNIOR** | **CIVIL ACTION** |
| **VERSUS** | **NO. 25-574-JWD-RLB** |
| **BENEDICT IDOWU, SR.** | |

**OPINION**

After independently reviewing the entire record in this case and for the reasons set forth in the Magistrate Judge's Report dated August 28, 2025 (Doc. 15), to which no objections were filed;

**IT IS ORDERED** that the Motion to Dismiss (Doc. 3) is **GRANTED** pursuant to Fed. R. Civ. P. 12(b)(1).[1]

**IT IS FURTHER ORDERED** that Plaintiff's case is **DISMISSED WITHOUT PREJUDICE** to refiling in state court, and that Plaintiff's pending motion (Doc. 9) is denied as moot.

Judgment shall be entered accordingly.

Signed in Baton Rouge, Louisiana, on September 17, 2025.

_____
**JUDGE JOHN W. deGRAVELLES**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**

---

[1] "When a Rule 12(b)(1) motion is filed in conjunction with other Rule 12 motions, the court should consider the Rule 12(b)(1) jurisdictional attack before addressing any attack on the merits." Ramming v. United States, 281 F.3d 158, 161 (5th Cir. 2001) (citation omitted).